**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Edwin N. Dennis, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-11666 PMM |

# **O R D E R**

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on January 9, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: 1/9/24

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**