**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :  CHAPTER 13
 Edwinn N. Dennis

                                         :   BANKRUPTCY NO. 23-11666 PMM
                    PMM Debtor (s)


## P R A E C I P E


Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of
the debtor(s) chapter 13 plan on 5/1/2024 at 1:00 PM before the Hon. Patricia M. Mayer




                                         Respectfully submitted,


Date: April 9, 2024                      /s/Jack K. Miller, Esquire for
                                         Kenneth E. West
                                         Chapter 13 Standing Trustee
                                         P.O. Box 40837
                                         Philadelphia, PA  19105