**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **EDWIN N. DENNIS** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-11666 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw praecipe to re-list confirmation on April 9, 2024. Docket entry #73.

Respectfully submitted,

/s/ Kenneth E. West, Esq

April 10, 2024

Kenneth E. West
Chapter 13 Standing Trustee