**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **EDWIN N. DENNIS** | : |
| | : BANKRUPTCY NO. **23-11666 PMM** |
| Debtor (s) | |

### P R A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/21/2024 At 10:00 AM. before the Hon. Patricia M. Mayer.

Respectfully submitted,

Date: April 10, 2024

/s/Jack K. Miller, Esquire for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107