## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Edwin N. Dennis | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-11666 PMM |

### PRAECIPE TO WITHDRAW

Kindly withdraw the standing trustee's praecipe to re-list confirmation, docket entry #76

                                                                      Respectfully submitted,

                                                                       /s/ Kenneth E. West, Esq.

April 12, 2024

                                                                       Kenneth E. West, Esq.
                                                                       Chapter 13 Standing Trustee