**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  :  CHAPTER 13
Edwin N. Dennis

: BANKRUPTCY NO. 23-11666 PMM

PMM Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/21/2024 at 1:00 PM before the Hon. Patricia M. Mayer

Respectfully submitted,

Date: April 12, 2024

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105