United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edwin N. Dennis  
    Debtor

Case No. 23-11666-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 11, 2024      Form ID: 152      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin N. Dennis, 2615 S. 73rd Street, Philadelphia, PA 19153-2411 |
| 14789369 | + | BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14789373 | + | City of Philadelphia ? Traffic Court, 800 Spring Garden St. POB 12866, Philadelphia, PA 19176-0866 |
| 14831934 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14789372 | + | PGW, 1515 Arch Street 14th Fl, Philadelphia, PA 19102-1504 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14803412 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 00:36:28 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813978 | | Email/Text: megan.harper@phila.gov | Apr 12 2024 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14789371 | | Email/Text: megan.harper@phila.gov | Apr 12 2024 00:25:00 | City of Philadelphia Law Dept, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14789374 | | Email/Text: mrdiscen@discover.com | Apr 12 2024 00:25:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14789370 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2024 00:25:00 | Internal Revenue Service, Dept of Insolvency, POB 7346, Philadelphia, PA 19101-7346 |
| 14831823 | ^ | MEBN | Apr 12 2024 00:05:39 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14839847 | + | Email/Text: blegal@phfa.org | Apr 12 2024 00:25:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14789368 | + | Email/Text: blegal@phfa.org | Apr 12 2024 00:25:00 | Pennsylvania Housing Finance Agency, 211 N. Front st., POB 15057, Harrisburg, PA 17105-5057 |
| 14789375 | | Email/Text: EDBKNotices@ecmc.org | Apr 12 2024 00:25:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448, US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14795044 | | Email/Text: EDBKNotices@ecmc.org | | |

Apr 12 2024 00:25:00  US Department of Education, P O Box 16448, Saint Paul MN 55116-0448

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831935 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Edwin N. Dennis shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edwin N. Dennis
    Debtor(s)

Case No: 23−11666−pmm

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/21/24 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

77 − 24
Form 152