*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edwin N. Dennis

    Debtor(s)                                                                                Case No: 23−11666−pmm

                                                                                            Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/21/24 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

                                                                                          For The Court

                                                                                          Timothy B. McGrath
                                                                                          Clerk of Court

82 – 24
Form 152