**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Edwin N. Dennis <br> _Debtor(s)_ <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br> _Movant_ <br> vs. <br><br> Edwin N. Dennis <br> _Debtor(s)_ <br><br> Kenneth E. West <br> _Trustee_ | CHAPTER 13 <br><br><br> NO. 23-11666 PMM <br><br><br> 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  23rd  day of  April , 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge