United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11666-pmm
Edwin N. Dennis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: May 21, 2024  Form ID: 155  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin N. Dennis, 2615 S. 73rd Street, Philadelphia, PA 19153-2411 |
| 14789369 | + | BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14789373 | + | City of Philadelphia ? Traffic Court, 800 Spring Garden St. POB 12866, Philadelphia, PA 19176-0866 |
| 14831934 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14789372 | + | PGW, 1515 Arch Street 14th Fl, Philadelphia, PA 19102-1504 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14803412 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2024 23:55:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14813978 | | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14789371 | | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | City of Philadelphia Law Dept, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14789374 | | Email/Text: mrdiscen@discover.com | May 21 2024 23:44:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14789370 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2024 23:44:00 | Internal Revenue Service, Dept of Insolvency, POB 7346, Philadelphia, PA 19101-7346 |
| 14831823 | ^ | MEBN | May 21 2024 23:34:45 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14839847 | + | Email/Text: blegal@phfa.org | May 21 2024 23:44:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14789368 | + | Email/Text: blegal@phfa.org | May 21 2024 23:44:00 | Pennsylvania Housing Finance Agency, 211 N. Front st., POB 15057, Harrisburg, PA 17105-5057 |
| 14789375 | | Email/Text: EDBKNotices@ecmc.org | May 21 2024 23:44:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448, US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14795044 | | Email/Text: EDBKNotices@ecmc.org | May 21 2024 23:44:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 10

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 155 | Total Noticed: 15 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831935 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Edwin N. Dennis shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Edwin N. Dennis<br><br>Debtor(s). | Case No. 23−11666−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 21, 2024

    For The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court